IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

MIGUEL ARROYO RAMIREZ,

     Petitioner,

v.                                                                        No. 1:26-cv-01219-KG-KRS

MARKWAYNE MULLIN, et al.,

     Respondents.

## ORDER TO ANSWER

Petitioner Miguel Arroyo Ramirez filed a petition for writ of habeas corpus under 28 U.S.C. § 2241 on April 17, 2026.  Doc. 1.  The Clerk of Court provided notice of completion of electronic service on April 20, 2026.  Doc. 2.  Petitioner requests that the Court issue an order directing Respondents to Show Cause why the petition should not be granted, pursuant to 28 U.S.C. § 2243. Doc. 1.

Having reviewed the Petition, the Court concludes that the claims must be resolved on a full record, including an answer from Respondents.  Therefore, Petitioner's request that the Court issue an order to show cause is denied.  *See Teran v. Bondi*, 2025 WL 3158150, at *2 (D.N.M.) ("Habeas Rule 4 grants a district judge discretion to set a time for respondents to answer or otherwise respond to the habeas petition.").  The Court orders Respondents to file an answer within 10 business days of entry of this Order.  Petitioner may file an optional reply within 7 days after the answer is filed. The Clerk shall send a courtesy copy of this Order and the Petition to the U.S. Attorney's Office at the following email address: USANM.Civil.Immigration@usdoj.gov.

/s/Kenneth J. Gonzales_____
CHIEF UNITED STATES DISTRICT JUDGE

- Please note that this document has been electronically filed. To verify its authenticity, please refer to the Digital File Stamp on the NEF (Notice of Electronic Filing) accompanying this document.  Electronically filed documents can be found on the Court's PACER public access system.